UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
CASE NO. 3:24-cv-00028-GFVT

**UNITED STATES EX REL.**             **PLAINTIFF**
**BLOCKQUOTE, INC.**

**V.**

**TOPY AMERICA, INC.**             **DEFENDANT**

NOTICE OF APPEARANCE AND
OBJECTION TO MOTION FOR DETERMINATION
OF FIRST TO FILE

The undersigned gives notice of his appearance on behalf of GHGN2, Inc., for the purpose of objecting to Relator Blockquote's Motion for Determination of First to File status. [R. 20]. As grounds, GHGN2, Inc., was the first to file under the False Claims Act, 31. U.S.C. § 3729 et. seq. *See United States ex rel. GNGH2 Inc. v. Topy America Inc.,*, 3:24-cv-00028-GFVT, filed January 9, 2024. Unless otherwise ordered by the Court, GHGN2, Inc. will file its response to Blockquote's motion within 21 days of service of this motion, which is April 11, 2025. *See* LR 7.1.

                                                       Respectfully submitted,

                                                       */s/Andrew L. Sparks*
                                                       Andrew L. Sparks (Bar No. 88566)
                                                       Dickinson Wright PLLC
                                                       300 West Vine Street, Suite 1700
                                                       Lexington, Kentucky  40507
                                                       Telephone:  (859)899-8734
                                                       Email:  asparks@dickinsonwright.com
                                                       COUNSEL FOR RELATOR GNGH2, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2025, I filed the foregoing under seal with the Clerk of the Court and emailed all counsel of record.

*/s/ Andrew L. Sparks*