UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT
Case No. 3:24-cv-00028-GFVT

**United States of America ex rel.**                                     **Plaintiff**
**Blockquote Inc.**

v.

**TOPY America Inc.**                                                     **Defendant**

**JOINT MOTION TO SET BRIEFING SCHEDULE**

Blockquote Inc. and GNGH2 Inc. hereby jointly move this Court to set a briefing schedule in connection with Docket No. 20, Relator Blockquote Inc.'s motion to determine first-to-file status.

The parties jointly move for the following briefing schedule:

1. GNGH2 Inc.'s Opposition to be due April 18, 2025;

2. Any Reply by Blockquote Inc. to be due May 2, 2025.

Respectfully submitted,

/s/Andrew L. Sparks_____
Andrew L. Sparks (Bar No. 88566)
Dickinson Wright PLLC
300 West Vine Street, Suite 1700
Lexington, Kentucky 40507
Telephone: (859)899-8734
Email: asparks@dickinsonwright.com
COUNSEL FOR GNGH2, Inc.

/s/ Jason Marcus_____

Jason Marcus (pro hac vice)

          Georgia Bar No. 949698
          Bracker & Marcus LLC
          3355 Lenox Road, Suite 660
          Atlanta, Georgia 30326
          Telephone: (770) 988-5035
          Facsimile: (678) 648-5544
          Jason@fcacounsel.com
          Counsel for Blockquote, Inc.

Dated: April 7, 2025