# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION
# FRANKFORT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ex rel. BLOCKQUOTE, INC., ) | |
| ) | |
| Plaintiff-Relator, ) | |
| ) | |
| v. ) | Case No. 3:24-cv-00028-GFVT |
| ) | |
| TOPY AMERICA, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF WITHDRAWAL OF RELATOR'S MOTION FOR DETERMINATION OF FIRST TO FILE

Relator Blockquote, Inc. hereby informs the Court that it withdraws its Motion for Determination of First to File (Dkt. 20).

Respectfully submitted,

/s/ Jason Marcus
Jason Marcus (*pro hac vice*)
Georgia Bar No. 949698
**Bracker & Marcus LLC**
3355 Lenox Road, Suite 660
Atlanta, Georgia 30326
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Jason@fcacounsel.com

## CERTIFICATE OF SERVICE

I hereby certify that this pleading was electronically filed this 25th day of April, 2025 with the Clerk of Court using the CM/ECF system and provided to all attorneys of record.

/s/ Jason Marcus
Jason Marcus
