UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BLOCKQUOTE, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:24-cv-00028-GFVT |
| v. | ) ) ) | **ORDER** |
| TOPY AMERICA, INC., | ) ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on a Notice of Withdrawal of the Motion for Determination of First to File. [R. 27.] Blockquote "informs the Court that it withdraws its Motion for Determination of First to File." *Id.* Because the parties are no longer requesting the relief in their Motion, the Court will deny this Motion as moot. Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** the Motion for Determination of First to File **[R. 20]** is **DENIED AS MOOT**.

This the 29th day of April, 2025.

Gregory F. Van Tatenhove
United States District Judge