UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* BLOCKQUOTE, INC., | ) ) ) ) | Case No. 3:24-cv-00028-GFVT |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | **ORDER** |
| TOPY AMERICA, INC., | ) ) ) | |
| Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Stipulation of Dismissal. [R. 21.] The parties agree that this action should be dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Stipulation of Dismissal **[R. 21]** is **GRANTED**;

2. All claims in this matter are **DISMISSED WITH PREJUDICE.** Each party shall bear its own fees and costs;

3. Relator specifically reserves any claims under 31 U.S.C. § 3730(d)(1) for a share of the proceeds of the settlement; and

4. Relator's claim for a share of the proceeds of the settlement under 31 U.S.C. § 3730(d)(1) shall remain pending before the Court.

This the 30th day of April, 2025.

Gregory F. Van Tatenhove
United States District Judge